E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
RAHUL R.A. HARI (Cal. Bar No. 313528)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2420
    E-mail: Rahul.Hari@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID ROBERT WOLFF, EAN HOLDINGS, LLC, and DOES 1 to 20,<br><br>    Defendants. | No. 2:24-cv-3409<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. § 2679(d)] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2679(d)(2), Defendant David Robert Wolff ("Defendant Wolff") hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On February 2, 2024, Plaintiff Rodney Evans ("Plaintiff") filed a civil action against Defendant Wolff in the Superior Court of the State of California for the County of Los Angeles, entitled *Rodney Evans v. David Robert Wolff, EAN Holdings, LLC, and Does 1 to 20*, as Case No. 24TRCV00391. A copy of the Complaint and all other pleadings received to date are attached as **Exhibit 1**. The complaint appears to allege claims arising in tort.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2), in that the Defendant was acting within the course and scope of his employment with the United States of America at all times material to the allegations contained in the Complaint. A duly executed Certification of the Acting Chief of the Civil Division for the Central District of California, attesting to the foregoing, is attached as Exhibit 2. This Court has exclusive jurisdiction over civil actions for money damages for injury allegedly caused by the negligent or wrongful act or omission of an employee of the United States which purportedly occurred in the course and scope of employment. 28 U.S.C. § 1346(b).

3. Removal is timely under 28 U.S.C. § 2679(d)(2) in that the trial of Case No. 24TRCV00391 has not yet commenced.

4. Promptly after filing this notice, Defendant shall give written notice of this removal to the adverse party and to the Clerk of the State Court. *See* 28 U.S.C. § 1446(d).

5. Because this Notice is filed on behalf of the United States, no bond is required under the terms of 28 U.S.C. § 2408 and 28 U.S.C. § 2679(d)(2).

WHEREFORE, Defendant removes this action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. 24TRCV00391, to the

1

United States District Court for the Central District of California.

Dated: April 25, 2024  Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

          /s/*Rahul R.A. Hari*
RAHUL R.A. HARI
Assistant United States Attorney

Attorneys for United States of America